# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128984

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

COZELL BERRY,
      Defendant-Appellant.

SC: 128984
COA: 262192
Wayne CC: 89-000188

_____/

      On order of the Court, the application for leave to appeal the May 31, 2005 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

_____
Clerk

d1024